```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/17/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
MANUEL MARIANO,                                                   :
:
                Plaintiff,                                :
:    23-cv-2715 (LJL)
-v-                                                               :
:    ORDER
ATLANTIC MANAGEMENT NY INC.,                                      :
:
                Defendant.                                :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

       This Order resolves the competing motions to compel. Dkt. Nos. 23, 25. Defendant's motion to compel the deposition is unopposed. Plaintiff shall appear for deposition on either March 22, or March 25, 2024, at the election of Defendant's counsel. Mr. Davidowitz shall appear for deposition on March 28, 2024. Discovery is extended solely to permit the deposition of Mr. Davidowitz and shall otherwise close on March 25, 2024. This Order is being emailed to counsel of record on March 17, 2024, and will be docketed on Monday, March 18, 2024.

       The Clerk of Court is respectfully directed to close the motions at Dkt. Nos. 23 and 25.


       SO ORDERED.

Dated: March 17, 2024                   _____
       New York, New York                  LEWIS J. LIMAN
                                         United States District Judge