```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
MANUEL MARIANO,                                                      :
                                                                     :
                          Plaintiff,                                 :
                                                                     :      23-cv-2715 (LJL)
            -v-                                                      :
                                                                     :          ORDER
ATLANTIC MANAGEMENT NY INC.,                                         :
                                                                     :
                          Defendant.                                 :
                                                                     :
---------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/03/2024

LEWIS J. LIMAN, United States District Judge:

A hearing on the settlement was held on July 3, 2024 and memorialized by transcript. For the reasons stated at that hearing, the Court finds that the settlement is fair and reasonable and approves Plaintiff's counsel's request for attorneys' fees and costs. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206–07 (2d Cir. 2015); *Wolinsky v. Scholastic, Inc.*, 900 F. Supp. 2d 332, 335–36 (S.D.N.Y. 2012); *see also Fisher v. SD Protection Inc.*, 948 F.3d 593, 600 (2d Cir. 2020).

Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences and deadlines are CANCELLED.

SO ORDERED.

Dated: July 3, 2024                           _____
       New York, New York                              LEWIS J. LIMAN
                                                  United States District Judge