**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Manuel Mariano, <br><br> Plaintiff, <br><br> -v- <br><br> Atlantic Management NY Inc, <br><br> Defendant. | **Civil Action #: 23-CV-02715 (LJL)** <br><br> **STIPULATION OF DISMISSAL** <br> **WITH PREJUDICE** |

     **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for all parties in this action, that this action having been resolved by the parties and approved by the Court, and whereas, no party hereto is an incompetent, this action is hereby discontinued with prejudice, without costs to either party as against the other, pursuant to Federal Rules of Civil Procedure ("FRCP").

     **IT IS FURTHER STIPULATED AND AGREED**, that PDF and facsimile copies of this Stipulation shall have the same force and effect as the original.

Dated:  **Queens Village, New York**
      **August 21, 2024**


**ABDUL HASSAN LAW GROUP, PLLC**:

_Abdul Hassan_

**By: Mr. Abdul K. Hassan, Esq.**
*Counsel for Plaintiff*
215-28 Hillside Avenue
Queens Village, NY 11427
Tel: 718-740-1000
Fax: 718-740-2000
Email: abdul@abdulhassan.com


**LEWIS BRISBOIS BISGAARD & SMITH LLP (WATER ST)**

**By: Mr. Adam E. Collyer, Esq.**
*Counsel for Defendant*
77 Water Street, 21st Floor
New York, NY 10005
Tel: 212-232-9561
Email: adam.collyer@lewisbrisbois.com


All pending hearings and deadlines are cancelled.
The Clerk of Court is respectfully directed to close the case.

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

August 23, 2024

1